```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

UNITED STATES OF AMERICA, EX REL. RELATOR LLC, a California limited liability company,

       Plaintiff,

v.                                Case No: 2:23-cv-716-JES-NPM

CAROLINE BEASLEY, MARIE TEDESCO, BEASLEY MEZZANINE HOLDINGS, LLC, a Delaware limited liability company, BEASLEY BROADCAST GROUP, INC., a Delaware corporation, and DOES 1-10,

       Defendants.

## ORDER

On February 18, 2025, the Court directed the United States to indicate whether it consents to a dismissal for failure to prosecute. (Doc. #17.) On February 24, 2025, the government filed a Notice of Consent to Dismissal Without Prejudice (Doc. #18).

Accordingly, it is hereby

**ORDERED:**

The case is **dismissed** without prejudice for failure to prosecute with the consent of the United States. The Clerk shall enter judgment, terminate all pending deadlines, and close the

file.  The Clerk shall send a copy of this Order to the Relator and to the United States to the email addresses on the docket.

**DONE and ORDERED** at Fort Myers, Florida, this __24th__ day of February 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record